IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSEF SIMS,<br><br>               Plaintiff,<br><br>vs.<br><br>STILLWATER MINING COMPANY,<br><br>               Defendant. | CV 17-109-BLG-TJC<br><br>**ORDER** |

A telephonic status conference was held in this case on August 29, 2018. Plaintiff was represented by Eric E. Holm. Defendant was represented by Jason S. Ritchie. After discussion and upon the agreement of the parties, the Court ORDERS as follows:

    1. The October 31, 2017, Scheduling Order (Doc. 15) is amended to reflect that the following schedule will govern all further pretrial proceedings:

| | |
|---|---|
| Discovery Deadline (discovery must be served so that responses are due on or before this date): | **January 31, 2019** |
| Motion for Settlement Conference Before a U.S. Magistrate Judge: | **January 31, 2019** |
| Motions Deadline (except motions otherwise scheduled): | **February 28, 2019** |

//

2. All other deadlines and aspects of the October 31, 2017, Scheduling Order (Doc. 15) remain in effect.

DATED this 29th day of August, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge