IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOSEF SIMS,<br><br>   Plaintiff,<br><br>vs.<br><br>STILLWATER MINING COMPANY, and JOHN DOES 1-10,<br><br>   Defendants. | CV 17-109-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

  Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 41), and good cause appearing,

  IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

  DATED this 28th day of January 2020.

              _____
              TIMOTHY J. CAVAN
              United States Magistrate Judge